# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KIMBERLY WELLS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1312-Orl-31DAB**

**KIST ALF, INC.,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 11) filed December 28, 2005.

On January 5, 2006, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is GRANTED in part.

3. The Clerk is directed to enter judgment for the Plaintiff and against the Defendant in the amount of $5,488.80.

4. The Court reserves jurisdiction to tax costs.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 23rd day of January, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE